United States Bankruptcy Court
Middle District of Florida

In re:  
Brooke Bajor  
     Debtor

Case No. 20-00326-KJ  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-6     User: cahyen     Page 1 of 1     Date Rcvd: Jan 22, 2020  
                         Form ID: 309A     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.

```
db           +Brooke Bajor,    413 Alafaya Woods Blvd. Apt. D,    Oviedo, FL 32765-5509
28737577     +Lendly,    205 Sugar Camp Cir,    Dayton, OH 45409-1970
28737579     +Tyler Brooks,    413 Alafaya Woods Blvd.,    Apt. D,    Oviedo, FL 32765-5509
28737581     +USDOE/GLELSI,    Attn: Bankruptcy,    Po Box 7860,    Madison, WI 53707-7860
28737580     +Upstart,    Attn: Bankruptcy,    Po Box 1503,    San Carlos, CA 94070-7503
28737576     +dmb financial,    500 Cummings Center #3800,    Beverly, MA 01915-6307
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: sdean@theorlandolawgroup.com Jan 23 2020 00:09:45      Sophia Cabacum Dean,
               The Orlando Law Group PL,    12301 Lake Underhill Road, Suite 213,    Orlando, FL  32828
tr           +EDI: QMEHENKEL.COM Jan 23 2020 04:48:00      Marie E. Henkel,    3560 South Magnolia Avenue,
               Orlando, FL 32806-6214
ust          +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Jan 23 2020 00:11:31
               United States Trustee - ORL7/13,    Office of the United States Trustee,
               George C Young Federal Building,    400 West Washington Street, Suite 1100,
               Orlando, FL 32801-2210
28737572     +EDI: AMEREXPR.COM Jan 23 2020 04:48:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
               El Paso, TX 79998-1540
28737573     +EDI: CAPITALONE.COM Jan 23 2020 04:48:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
28737574     +EDI: CHASE.COM Jan 23 2020 04:48:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
               Wilmington, DE 19850-5298
28737575     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 23 2020 00:14:18      Credit One Bank,
               Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
28737570      EDI: FLDEPREV.COM Jan 23 2020 04:48:00      Florida Department of Revenue,    Bankruptcy Unit,
               Post Office Box 6668,    Tallahassee FL 32314-6668
28737571      EDI: IRS.COM Jan 23 2020 04:48:00      Internal Revenue Service,    Post Office Box 7346,
               Philadelphia PA 19101-7346
28737569      E-mail/Text: kelly.rose@seminolecounty.tax Jan 23 2020 00:11:39
               Seminole County Tax Collector,    Post Office Box 630,    Sanford FL 32772-0630
28737578     +EDI: WTRRNBANK.COM Jan 23 2020 04:48:00      Target,    Attn: Bankruptcy,    Po Box 9475,
               Minneapolis, MN 55440-9475
                                                                                              TOTAL: 11
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:

```
              Marie E. Henkel    mehenkel@yahoo.com, mhenkel@ecf.axosfs.com
              Sophia Cabacum Dean    on behalf of Debtor Brooke  Bajor sdean@theorlandolawgroup.com,
               macosta@theorlandolawgroup.com;deansr94553@notify.bestcase.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Brooke Bajor** | Social Security number or ITIN  **xxx–xx–2851** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Florida** | Date case filed for chapter  **7**   **1/21/20** |
| Case number: | **6:20–bk–00326–KJ** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Brooke Bajor | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 413 Alafaya Woods Blvd. Apt. D<br>Oviedo, FL 32765 | | |
| 4. | **Debtor's attorney**<br>Name and address | Sophia Cabacum Dean<br>The Orlando Law Group PL<br>12301 Lake Underhill Road, Suite 213<br>Orlando, FL 32828 | | Contact phone 407–512–4394<br>Email: sdean@theorlandolawgroup.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Marie E. Henkel<br>3560 South Magnolia Avenue<br>Orlando, FL 32806 | | Contact phone 407–438–6738 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           page 1

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | George C. Young Federal Courthouse <br> 400 West Washington Street <br> Suite 5100 <br> Orlando, FL 32801 | Hours open: <br> Monday – Friday 8:30 AM – 4:00PM <br><br> Contact phone 407–237–8000 <br><br> Date: January 22, 2020 |
| **7. Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **March 3, 2020 at 08:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> *** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location: <br><br> **George C. Young Courthouse, Suite 1202–A, 400 West Washington Street, Orlando, FL 32801** |
| **8. Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: May 4, 2020** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |