**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re :

**Brooke Bajor**

Case No. **6:20-bk-00326-KJ**
Chapter 7

Debtor(s).

_____/

**REPORT AND NOTICE OF TRUSTEE'S**
**INTENTION TO SELL PROPERTY OF THE ESTATE**

TO    :    CREDITORS AND INTERESTED PARTIES
FROM  :    MARIE E. HENKEL, TRUSTEE

MARIE E. HENKEL, Trustee of the above captioned debtor estate, hereby gives notice and reports that she intends to sell on or after the twenty-first day from the date of mailing this Notice, the following described property of the estate on the terms and conditions stated below :

1. Description of property : Estate's interest in the following item(s), more particularly described as :

|  | Fair Market Value | Value after liens & exemptions |
|---|---|---|
| **2014 Hyundai Elantra**<br>VIN KMHDH6AH8EU026858 | $6,825.00 | $ 825.00 |

---

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional 3 days for service if any party was served by U. S. Mail.  You should read these papers carefully and discuss them with your attorney, if you have one.  If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified or eliminated.

If you object to the relief requested in this paper, you must file a response with the Clerk, U.S. Bankruptcy Court, 400 W. Washington St., Ste. 5100, Orlando, FL 32801, and serve a copy on U. S. Trustee, 400 W. Washington St., Ste. 1100, Orlando, FL 32801, and on Marie  E. Henkel, Trustee, 3560 S. Magnolia Ave., Orlando, FL 32806, and any other appropriate persons within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule a hearing and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

| | | |
|---|---:|---:|
| **Household goods** | $ 800.00 | $ 800.00 |
| **Clothing** | 350.00 | 350.00 |
| **Jewelry** | 50.00 | 50.00 |
| **2 Cats** | 2.00 | 2.00 |
| **Suntrust #6884** | 94.00 | 94.00 |
| **Security Deposit** | 99.50 | 99.50 |
| **(less discount for lump sum** | | - 297.25) |
| **Total** | **$8,220.50** | **$1,923.25** |

2. Proposed Buyer : Brooke Bajor    (debtor)
   413 Alafaya Woods Blvd Apt. D
   Oviedo, FL  32765

3. Sales Price : $1,923.25.  Buyer has paid the full amount in one payment.  The source of funds for the purchase is debtor's income.

4. Appraised Value : Buyer is purchasing non-exempt equity in personal property and a used vehicle.  Debtor is allowed to exempt $6,000.00 of the value of the vehicle 26from administration by the Trustee.  In addition, the Trustee has given a discount for paying the full amount in one payment.  Based upon Trustee's experience in liquidating such property at auction, the Trustee believes the sales price is reasonable, since the estate does not bear the risk of lower bids at auction and the costs of auction.  There are no tax consequences to the estate from this sale.

5. Terms of Sale : Trustee intends to sell the property as is, where is, without any warranties of any kind whatsoever, and only the right, title and interest of the estate is being sold.  The sale is subject to all liens and encumbrances.  Trustee is unaware of   liens or encumbrances, other than those identified in paragraph 4 above.  However, Trustee has made no independent investigation for liens or other charges against the property, and Trustee makes no representations to that effect and encourages Buyer to make separate inquiry.

6. Competitive Bidding : Trustee will entertain and encourages higher bids for the purchase of the property identified in Paragraph 1 above subject to the following conditions :
   a.  Such bids must be in writing, exceed the fair market value shown in paragraph 1,
and be accompanied by a deposit of the entire bid amount.  Bids will be accepted on all items or on items separately.  Any bid submitted must exceed the <u>fair market value</u> listed in paragraph 1 for each item.  A successful bidder, other than the debtor, will be required to pay all sales taxes and any other transfer taxes or fees required by governmental authorities or third parties.
   b. Any higher bid must be received by Trustee at the address listed below no later 5 p.m. EST on the fifteenth day from the date this Notice is mailed.  If a competitive bid is received, a telephone auction will occur among the bidder(s) and the proposed buyer on the earliest date Trustee can arrange such auction.
   c.  Inspection of the property may be arranged by contacting Trustee.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by first class United States Mail, postage prepaid, on March 30, 2020, to all persons on a mailing matrix, attached to the original of  this document, as furnished by the Clerk's office on March 30, 2020.

/s/ Marie E. Henkel
Marie E. Henkel, Trustee
Florida Bar No. 260320
3560 South Magnolia Avenue, Orlando, Florida 32806
Telephone : (407) 438-6738 ◊ Facsimile  : (407) 858-9466